IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

OSCAR SOTO                                                               PLAINTIFF

            v.                      Civil No. 06-5186

BENTON COUNTY JAIL                                    DEFENDANT

## **ORDER**

Plaintiff's complaint was filed in this case on September 29, 2006. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Oscar Soto, complete and sign the attached addendum to his complaint, and return the same to the court **by December 4, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by December 4, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of November 2006.

                                                     /s/ Beverly Stites Jones
                                                     UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

OSCAR SOTO                                                                                          PLAINTIFF

v.                      Civil No. 06-5186

BENTON COUNTY JAIL                                    DEFENDANT

**ADDENDUM TO COMPLAINT**

TO: OSCAR SOTO

This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendant. Accordingly, it is required that you fill out this form and send it back to the court **by December 4, 2006**. Failure to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

**RESPONSE**

In your complaint, you allege you are in need of medical attention. You state you have serious allergies and should be housed in a medical unit and receive intensive care.

1. Provide the dates of your incarceration at the Benton County Detention Center (BCDC).

Answer:

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

2. Are you incarcerated at the BCDC solely because of pending criminal charges?

Answer: Yes _____ No _____.

If you answered yes, please state what your pending criminal charges are.

_____

_____

_____

_____

If you answered no, please explain why you are incarcerated.

_____

_____

_____

3. You have named the Benton County Jail as a defendant. The jail is a building and not a person subject to suit under § 1983. Did you intend to name any individuals as defendants?

Answer: Yes _____ No _____.

If you answered yes, please list each individual you intended to name as a defendant and state how he or she denied you medical care.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. You allege you have been denied your medical care for serious allergies. Please state: (a) what medical treatment you were receiving for your allergies prior to your incarceration; (b) what doctor you were being treated by; and (c) how frequently you were treated by this doctor.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    5.    You have alleged you have been denied adequate medical care. Please state: (a) what condition you have sought medical care for; (b) whether you have been treated by the jail nurse or jail doctor; (c) what treatment you received; (d) how you believe the jail nurse or jail doctor has been deliberately indifferent to your serious medical needs; and (e) whether you suffered any physical injury as a result of your not receiving adequate medical care or a delay in your receipt of medical care. If you suffered physical injury, please state what symptoms you experienced, describe their severity, and state how long it took you to recover from the injury.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. You indicate you need to be in a medical unit and receive intensive care. Please explain what you mean by intensive care.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____
OSCAR SOTO

_____
DATE