IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

OSCAR SOTO                                                                                          PLAINTIFF

            v.                            Civil No. 06-5186

BENTON COUNTY JAIL                                                                       DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Oscar Soto filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on September 29, 2006. His complaint was filed in forma pauperis (IFP).

On November 3, 2006, the undersigned entered an order (Doc. 5) directing Soto to complete, sign and return an attached addendum to his complaint. The addendum was to be returned by December 4, 2006. To date, the plaintiff has failed to respond to the addendum. The court's order and attached addendum have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders.

Plaintiff has not sought an extension of time to respond to the addendum. Plaintiff has not communicated with the court.

I therefore recommend Soto's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **Soto has ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. Soto is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 21st day of December.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)