```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**OSCAR SOTO**                                                              **PLAINTIFF**

**v.**                       **Civil No. 06-5186**

**BENTON COUNTY JAIL**                                                      **DEFENDANT**

### O R D E R

Now on this 17th day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #6, filed December 21, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Soto's claims are hereby dismissed and this case is closed.**

**IT IS SO ORDERED.**

                                        **/s/Jimm Larry Hendren**
                                        **HON. JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**